```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 35164
   WILLIAM RAY III
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-7463
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/02/05 and confirmed on 01/27/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  15647.22 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CONSUMERS COOP CU | SECURED VEHIC | 1301.70 | 47.76 | 1301.70 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS MASTER T | UNSECURED | 1510.71 | .00 | 1510.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9511.49 | .00 | 9511.49 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1301.70 | .00 | 11022.20 | .00 | 12323.90 |
| PRINCIPAL PAID | 1301.70 | .00 | 11022.20 | .00 | 12323.90 |
| INTEREST PAID | 47.76 | .00 | .00 | .00 | 47.76 |
| TOTAL PAID | 1349.46 | .00 | 11022.20 | .00 | 12371.66 |

The Debtor's attorney, DAVID M SIEGEL             , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    571.12 .

Refunds to the Debtor totaled $      4.44 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                   /S/
                               GLENN STEARNS

CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 35164 WILLIAM RAY III
```